In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-14-00166-CV

_____

IN RE HERCULES TIRE AND RUBBER COMPANY, INC.

_____

Original Proceeding

_____

ORDER

Hercules Tire and Rubber Company, Inc. filed a petition for writ of mandamus. The relator is a defendant in Cause No. B-190,076, *Stacey Weaver, et al. v. Gillespie Lumber Co., et al.* Relator seeks a writ compelling the Honorable Gary Sanderson, Judge of the 60th District Court of Jefferson County, Texas, to vacate its order of April 8, 2014, which Relator asserts requires it to present a non-resident, former employee as a fact witness for a deposition in Texas. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator requests that we stay the order of April 8, 2014, pending resolution of this original proceeding. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of April 8, 2014 in Cause No. B-190,076 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The responses of the real parties in interest are due April 21, 2014, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED April 10, 2014.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2